DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Christine Confalone, ) | |
| ) | CASE NO. 5:05 CV 1725 |
| Plaintiff(s), ) | |
| ) | |
| v. ) | <u>JUDGMENT ENTRY</u> |
| ) | |
| Western & Southern Life Insurance Company, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that, pursuant to 28 U.S.C. § 1447(c), the above-captioned case is remanded to the Court of Common Pleas of Stark County, Ohio.

| | |
|---|---|
|  July 7, 2005  |  *s/ David D. Dowd, Jr.*  |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |